*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: November 10, 2016                    522732
_____

In the Matter of ANTHONY
    ARRIAGA,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

MICHAEL CAPRA, as
    Superintendent of Sing Sing
    Correctional Facility,
    et al.,
                        Respondents.
_____

Calendar Date: September 20, 2016

Before: Garry, J.P., Egan Jr., Lynch, Clark and Aarons, JJ.

_____

        Anthony Arriaga, Ossining, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Superintendent of Sing Sing
Correctional Facility finding petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a tier II determination finding him guilty of violating
certain prison disciplinary rules. The Attorney General has
advised this Court that the determination has since been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.

Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (see Matter of James v Prack, 137 AD3d 1390, 1391 [2016]). Contrary to his request, petitioner is not entitled to be restored to the status he enjoyed prior to the disciplinary determination (see Matter of West v Annucci, 134 AD3d 1379, 1380 [2015]).

     Garry, J.P., Egan Jr., Lynch, Clark and Aarons, JJ., concur.

     ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court